# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BERNARD A. D'AMOUR, WILLIAM C. BOEGLY, FRANCIS M. HIGGINS, JOSEPH ARRELL, WILLIAM ALBANY, GEORGE CLEMENT, HENRY HASSON, JAMES HERZOG, WILLIAM RAQUET AND JOHN SHEEHAN, | : No. 572 MAL 2019 <br> : <br> : <br> : Petition for Allowance of Appeal <br> : from the Order of the <br> : Commonwealth Court |
| Respondents | |
| v. | |
| LOWER MERION TOWNSHIP AND BOARD OF COMMISSIONERS OF THE TOWNSHIP OF LOWER MERION AND BOARD OF TRUSTEES OF THE TOWNSHIP OF LOWER MERION POLICE PENSION FUND, | |
| Petitioners | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.